```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 43140
   KRISHUN HUNT
                                                CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

         Debtor
  SSN XXX-XX-8765

--------------------------------------------------------------------------------
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 11/19/2004 and was confirmed 01/19/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  40.00%.

     The case was dismissed after confirmation 08/15/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID           PAID
--------------------------------------------------------------------------------
MEADOWS CREDIT UNION       SECURED          7375.00        715.65        5141.16
MEADOWS CREDIT UNION       UNSECURED        9123.83           .00            .00
AMERICAN DEBT COLLECTION   UNSECURED       NOT FILED          .00            .00
CHADWICKS OF BOSTON        UNSECURED       NOT FILED          .00            .00
CITY OF CHICAGO PARKING    UNSECURED        3895.00           .00            .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED          .00            .00
FIRST CONSUMERS NB         UNSECURED         906.44           .00            .00
JBC & ASSOCIATES           UNSECURED       NOT FILED          .00            .00
LERNER DIRECT              UNSECURED       NOT FILED          .00            .00
MCI COMMUNICATIONS         UNSECURED       NOT FILED          .00            .00
PEOPLES GAS LIGHT & COKE   UNSECURED            .00           .00            .00
PROGRESSIVE RECOVERY TEC   UNSECURED       NOT FILED          .00            .00
QUICK PAYDAY LOANS         UNSECURED         400.00           .00            .00
UIC PHYSICIANS GROUP       UNSECURED       NOT FILED          .00            .00
ROBERT J SEMRAD & ASSOC    DEBTOR ATTY     3,055.20                      2,105.20
TOM VAUGHN                 TRUSTEE                                         422.99
DEBTOR REFUND              REFUND                                             .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                 8,385.00

PRIORITY                                          .00
SECURED                                      5,141.16
   INTEREST                                    715.65
UNSECURED                                         .00
ADMINISTRATIVE                               2,105.20
TRUSTEE COMPENSATION                           422.99
DEBTOR REFUND                                     .00
                      ---------------     ---------------

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 04 B 43140 KRISHUN HUNT
```

```
TOTALS                                      8,385.00               8,385.00
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
Dated: 12/03/07                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE